FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM



GORDON REES SCULLY MANSUKHANI
YOUR **50 STATE** LAW FIRM™
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

May 28, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_5/28/2026___

**VIA ECF**

The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Peter Gregory Beato v. Mulligan Security LLC*
     26-cv-01327 (MKV)

Dear Judge Vyskocil:

  The undersigned is counsel for defendant Mulligan Security LLC ("Defendant") in the above-referenced matter. Defendant writes, with the consent of Plaintiff, to respectfully request a two (2) week extension of time for the parties to submit their Rule 26(f) report and Proposed Case Management Plan and Scheduling Order, from June 2, 2026 to June 16, 2026, and to request an adjournment of the Rule 16 initial conference hearing from June 9, 2026 until June 23, 2026, or a date thereafter that is convenient to the Court.

  Defendant makes this request because the undersigned, sole counsel for the Defendant, has an unavoidable childcare conflict on June 9 that prevents the undersigned from being able to appear for the June 9 conference. The undersigned also has numerous professional and personal conflicts that impair the undersigned's ability to complete Defendant's portion of the Rule 26(f) report by the current June 2 deadline.

  Accordingly, Defendant, with Plaintiff's consent, respectfully proposes the following revised deadlines: - Submission of Rule 26(f) report by no later than June 16, 2026 and Adjournment of the Initial Rule 16 Discovery Conference to a date on or after June 23, 2026 that is convenient for the Court. Defendant's counsel is not available on June 30, July 2 or July 3 for the adjourned conference.

This is Defendant's first request for an extension of time to submit the Rule 16(f) report and for an adjournment of the initial pretrial Rule 16 conference. No prior extensions have been requested for this purpose, and granting this request will not prejudice any party or materially affect the overall case schedule. To reiterate, this request is made with the consent of Plaintiff.

Defendant appreciates the Court's consideration of this request and courtesy in this regard.

Respectfully submitted,

/s/ *Francis J. Giambalvo*
Francis J. Giambalvo

Cc: All Counsel of Record (*via* ECF)

Defendant's request is GRANTED.  The initial pretrial conference scheduled for June 9, 2026 is ADJOURNED to June 23, 2026 at 10:30 AM.  The parties shall submit, on or before June 16, 2026, a Proposed Case Management Plan and Scheduling Order and joint letter consistent with the Court's Order at ECF No. 15.

SO ORDERED.

Date:  5/28/2026
New York, New York

Mary Kay Vyskocil
United States District Judge