USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER GREGORY BEATO,<br><br>        Plaintiff,<br><br>        -against-<br><br>MULLIGAN SECURITY LLC,<br><br>        Defendant. | 1:26-cv-1327-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Initial Pre-Trial Conference scheduled for June 23, 2026 is ADJOURNED *sine die*.


**SO ORDERED.**

**Date: June 17, 2026**            _____
     **New York, NY**            **MARY KAY VYSKOCIL**
                              **United States District Judge**