USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER GREGORY BEATO

Plaintiff,

- against -

MULLIGAN SECURITY, LLC

Defendant.

Case No. 1:26-CV-01327-MKV

**~~[PROPOSED]~~ JUDGMENT**

**WHEREAS**, on July 27, 2026, Defendant MULLIGAN SECURITY, LLC ("Defendant") served upon Plaintiff an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

**WHEREAS**, on July 28, 2026, Plaintiff PETER GREGORY BEATO served upon Defendant a Notice of Acceptance of the Rule 68 Offer of Judgment;

**WHEREAS**, the Rule 68 Offer of Judgment, the Notice of Acceptance, and proofs of service thereof have been filed with the Court pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the Plaintiff PETER GREGORY BEATO and against Defendant MULLIGAN SECURITY, LLC, with respect to the Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., and the New York Labor Law, in the total amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), inclusive of all damages, liquidated damages, statutory penalties, pre- and post-judgment interest, costs, expenses, and attorneys' fees.

Dated: New York, New York

August 9, 2026

By: Mary Kay Vyskocil
Hon. Mary Kay Vyskocil, U.S.D.J.